UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY ESQ. SR., dba SHEETMETAL AND ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>LMC CONSTRUCTION, A LENNAR COMPANY,<br><br>Defendant. | No.  2:20-cv-00754-KJM-AC PS<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se.  This matter was accordingly referred to the undersigned by E.D. Cal. 302(c)(21).  Plaintiff has requested leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915.  ECF No. 2.

Plaintiff's IFP application cannot be granted for two reasons.  First, plaintiff does not make the showing required by 28 U.S.C. § 1915(a)(1).  According to the application, plaintiff received money from a "Business, profession or other self-employment" during the past 12 months.  ECF No. 2 at 2.  However, plaintiff fails to disclose "the amount received and what you expect you will continue to receive," stating only that his income has been "sparse," and that his company's income has averaged zero.  See Id. at 1-2.  Second, plaintiff appears to be seeking IFP status on behalf of a company.  This is indicated by the case caption as well as a notation on the Complaint, which identifies the case as "Sheetmetal & Associates v. LMC Construction."  ECF

No. 1 at 2. It is unclear whether "Sheetmetal & Associates" is an actual legal entity or simply a trade name; plaintiff refers to it as "my legal company" in his IFP application. ECF No. 2 at 2. Because "only a natural person may qualify for treatment in forma pauperis under § 1915," plaintiff cannot seek IFP status on behalf of an entity. Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 196 (1993).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed IFP (ECF No. 2) is DENIED without prejudice to its renewal correcting the issues described above.

2. Plaintiff is granted 30 days from the date of this order to renew the IFP application in proper form, or to pay the filing fee. Plaintiff is cautioned that failure to timely renew the IFP in proper form, or to pay the filing fee, may result in a recommendation that this action be dismissed.

DATED: April 14, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE