UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY, SR., | No. 2:20-cv-00754-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| LMC CONSTRUCTION, | |
| Defendant. | |

The court is in receipt of plaintiff Shannon Moon's Motion for Reconsideration. ECF No. 11. The court construes the motion as a request for relief under Federal Rule of Civil Procedure 60(b). Under that Rule, the court may relieve a party or its legal representative from a final judgment, order or proceeding for the following reasons:

(1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

1

    (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

    (6) any other reason that justifies relief.

Fed. R. Civ. P. 60(b). The motion for reconsideration does not satisfy this standard. It is therefore denied. Any motions for reconsideration or relief on similar grounds will be disregarded.

    IT IS SO ORDERED.

DATED: October 13, 2020.

                [signature]
                CHIEF UNITED STATES DISTRICT JUDGE